UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **LINDA VITTE** | : | **CIVIL ACTION NO. 2:24-CV-01326** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **PNK LAKE CHARLES LLC ET AL** | : | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 29] of the Magistrate Judge, recommending that the Motion to Remand [doc. 13] filed by plaintiff be denied.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Motion to Remand [doc. 13] is **DENIED.**

**THUS DONE AND SIGNED** in Chambers on this 3rd day of November, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**